ADAMS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 1:07CR319 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| Leon S. Heard | ) | |
| | ) | |
| Defendant(s). | ) | |

A report and recommendation of Magistrate Judge Kenneth S. McHargh has been filed in this matter recommending that the above defendant's plea of guilty be accepted and a finding of guilty be entered by this Court.

The Court hereby adopts Magistrate Judge Kenneth S. McHargh's Report and Recommendation and accepts the defendant's plea of guilty and enters a finding of guilty.

IT IS SO ORDERED.

Date: February 5, 2008        *S/John R. Adams*
                               John R. Adams
                               U.S. District Judge